United States District Court

Eastern District of Louisiana

Gulf Coast Bk Trst

v.                                      CIVIL ACTION NO. 2:04-cv-01472 S (4)

CF Industries Inc


The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

    (1) A list of all parties still remaining in this action;

    (2) Copies of all pleadings, including answers, filed by those parties in state court; and

    (3) Copies of the return on service of process on those parties filed in state court.

New Orleans, Louisiana, May 25, 2004.     .

By Direction of the Court

LORETTA G. WHYTE, CLERK



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 MAY 25 PM 2:53

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**04-1472**

| | |
|---|---|
| **GULF COAST BANK AND TRUST COMPANY D/B/A GULF COAST BUSINESS CREDIT** | **CIVIL ACTION NO.** |
| | **DIVISION:_____; SECTION:_____** |
| **VERSUS** | **JUDGE** |
| **CF INDUSTRIES, INC.** | **MAGISTRATE JUDGE** |

SECT. S MAG. 4

### NOTICE OF REMOVAL

TO:   Plaintiff, Gulf Coast Bank and Trust Company, d/b/a Gulf Coast Business Credit
Through its attorney of record:
Robert A. Mathis
Newman, Mathis, Brady and Spedale, APLC
212 Veterans Blvd. - Suite 100
Metairie, LA 70005

PLEASE TAKE NOTICE that CF Industries, Inc. (hereinafter "CF"), defendant in that

certain proceeding entitled "Gulf Coast Bank and Trust Company d/b/a Gulf Coast Business Credit

versus CF Industries, Inc.," Civil Action No. 04-5294, Division "J," filed on April 8, 2004, in the

Civil District Court for the Parish of Orleans, State of Louisiana, hereby files its Notice of Removal

and removes this action to the United States District Court for the Eastern District of Louisiana. A

copy of this Notice of Removal is being served upon Robert A. Mathis, as counsel for plaintiff, and

NO 99456811 1

___ Fee 150
___ Process
X  Dktd 76
___ CtRmDep
___ Doc. No.

a copy of this Notice of Removal is being filed with the Clerk of Court of the Civil District Court for the Parish of Orleans, State of Louisiana, in conformity with 28 U.S.C. §1446(d). Pursuant to 28 U.S.C. §1446(a), a copy of all process, pleadings and orders which have been served on CF are attached hereto as Exhibit A.

CF respectfully submits that the grounds for its removal of this action are as follows:

I.

A Petition on Open Account entitled "Gulf Coast Bank and Trust Company d/b/a Gulf Coast Business Credit versus CF Industries, Inc.," Civil Action No. 04-5294, Division "J," was filed on April 8, 2004, in the Civil District Court for the Parish of Orleans, State of Louisiana, and is pending in the Civil District Court for the Parish of Orleans, State of Louisiana.

II.

Plaintiff alleges in Paragraph I of the Petition that it is a Louisiana financial institution with its principal place of business in New Orleans, Louisiana. Plaintiff, therefore, is a citizen of the State of Louisiana. Defendant, CF, is a Delaware corporation with its principal place of business in Illinois. CF, therefore, is a citizen of the States of Delaware and Illinois. Accordingly, complete diversity of citizenship exists between plaintiff and defendant.

III.

The Petition asserts that CF is indebted unto plaintiff in the sum of $70,706.16 for the amount due on an open account, plus reasonable attorney's fees and costs. (Petition, ¶¶ V, XII).

IV.

Plaintiff claims it is entitled to recover reasonable attorney's fees for the prosecution and collection of this claim pursuant to La. R.S. 9:2781.

V.

The amount in controversy can be expected by a preponderance of the evidence or with reasonable certainty to exceed $75,000, exclusive of interest and costs, assuming plaintiff is entitled to any recovery, which is denied.

VI.

Since there is complete diversity of citizenship between plaintiff and CF, and because the amount in controversy exceeds $75,000, this Honorable Court has jurisdiction over this civil action pursuant to 28 U.S.C. §1332. Accordingly, this action may be removed to this Honorable Court pursuant to 28 U.S.C. §1441.

VII.

CF did not receive notice of plaintiff's Petition until service of process of the Petition was effected upon it on April 26, 2004. Thirty (30) days, therefore, have not elapsed from the date that CF received a copy of the Petition. Accordingly, this Notice of Removal is timely pursuant to 28 U.S.C. §1446(b).

VIII.

Promptly after filing this Notice of Removal, written notice hereof will be given to plaintiff and will be filed with the Clerk of the Civil District Court for the Parish of Orleans, State of Louisiana.

WHEREFORE, defendant, CF Industries, Inc., prays that this, its Notice of Removal, be deemed good and sufficient and that the aforesaid Petition be removed from the Civil District Court for the Parish of Orleans, State of Louisiana to this Honorable Court for trial and determination as provided by law, and that this Court enter such orders and issue such process as may be proper to

bring before it copies of all records and proceedings in such civil action from such state court, and

thereupon proceed with the civil action as if it had been commenced originally in this Honorable

Court.

Respectfully submitted,


MARK C. DODART (#17549)
BETH E. ABRAMSON (#27350)
PHELPS DUNBAR LLP
Canal Place
365 Canal Street -- Suite 2000
New Orleans, LA 70130-6534
Telephone: (504) 566-1311
Facsimile: (504) 568-9130
COUNSEL FOR CF INDUSTRIES, INC.


## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 25th day of May, 2004, served a copy of the foregoing

pleading on counsel for all parties to this proceeding, by mailing the same by United States mail

properly addressed, first-class postage prepaid and via facsimile.

FILED

2004 APR -8  A II: 05

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO:
04-5294

DIVISION " "

GULF COAST BANK AND TRUST COMPANY
D/B/A GULF COAST BUSINESS CREDIT

VERSUS

C F INDUSTRIES, INC.

## PETITION ON OPEN ACCOUNT

**NOW INTO COURT**, Through undersigned counsel, comes Petitioner, Gulf Coast

Bank and Trust Company, d/b/a Gulf Coast Business Credit, which submits this Petition on

Open Account pursuant to La.R.S. 9:2781, as follows:

### Parties, Jurisdiction, and Venue

**I.**

Petitioner, Gulf Coast Bank and Trust Company, d/b/a/ Gulf Coast Business Credit

("Gulf Coast"), is a Louisiana financial institution with its principal place of business in New

Orleans, Louisiana.

**II.**

Defendant, C F Industries, Inc. ("CFI"), is a Delaware corporation with its principal

place of business in Long Grove, Illinois.

**III.**

Jurisdiction over the parties is property pursuant to La.R.S. 13:3201 in that the cause

of action stated herein is against a non-resident which transacts business in the State of

Louisiana and which has offices in Louisiana.

**IV.**

Subject matter jurisdiction and venue are proper in this Court pursuant to La. R.S.

13:3203.

EXHIBIT
A

PENGAD-Bayonne, N. J.

**Factual Allegations**

**V.**

CFI is justly indebted unto Gulf Coast in the sum of $70,706.16, together with legal interest from the date of judicial demand until paid, reasonable attorney's fees, and all costs associated with these proceedings, as follows:

**VI.**

Plant Specialists Controls, Inc. ("PSC") provided goods to CFI between September 2003 and January 2004 totaling $70,706.16.

**VII.**

PSC sent CFI numerous invoices between September 2003 and December 2003 in an effort to collect the amount due in connection with the goods provided during that time, all of which remain due and owing (hereinafter the "CFI Account").[1] Copies of those invoices are attached hereto as Exhibit 1.

**VIII.**

On January 14, 2003, Gulf Coast notified CFI of its financing agreement with PSC / FH Controls, whereby PSC / FH Controls assigned all of their accounts receivable to Gulf Coast in exchange for Gulf Coast's provision of working capital. A copy of Gulf Coast's correspondence to CFI regarding the financing agreement is attached hereto as Exhibit 2.

**IX.**

Pursuant to the financing agreement, Gulf Coast became the owner of the CFI Account and attempted to collect that account. In pursuit of its collection efforts, Gulf Coast forwarded CFI an invoice verification letter, along with copies of the invoices and a statement of account for the CFI Account, on or about December 12, 2003. A copy of the

---

[1] Some of PSC's invoices were sent on the letterhead of FH Controls, Inc. ("FH Controls"), an entity related to PSC.

2

Invoice Verification Letter is attached hereto as Exhibit 3.  Upon the referred to Invoice

Verification Letter, Gulf Coast continued to fund and prior invoices through January of 2004.

## X.

CFI acknowledged the amounts owed to the CFI Account.  However, CFI failed to

make any payments to Gulf Coast towards the amounts owed.  Indeed, CFI remains indebted

to Gulf Coast in the amount of $70,706.16.

## XI.

This petition constitutes written demand upon CFI for the amount due on open

account, in accordance with La. R.S. 9:2781.

## XII.

Gulf Coast is entitled to recover all amounts due from CFI on open account pursuant

to La. R.S. 9:2781.

## XIII.

Furthermore, Gulf Coast is entitled to recover reasonable attorney's fees for the

prosecurity and collection of this claim, as set forth in La. R.S. 9:2781.

**WHEREFORE,** Petitioner, Gulf Coast Bank and Trust Company d/b/a Gulf Coast

Business Credit, respectfully prays that CF Industries, Inc. be duly cited to appear and answer

this Petition and that, after legal delays and due proceedings, that there be judgment rendered

herein against CF Industries, finding it liable for the following:

1.    All sums claims by Petitioner on Open Account, including interest,

        costs, and attorney's fees pursuant to La. R.S. 9:2781;

2.    All sums claimed by Petitioner on Open Account, including interest,

        costs, and attorney's fees pursuant to La. R.S. 2781; and

3

3. All general and equitable relief to which it may be deemed entitled by this Court.

NEWMAN, MATHIS, BRADY,
& SPEDALE, APLC
212 Veterans Blvd., Suite 100
Metairie, LA 70005
Ph: 504 837-9040    Fax: 504 834-6452

BY: _____
ROBERT A. MATHIS (#9041)

**PLEASE SERVE DEFENDANT:**

C F INDUSTRIES, INC.
Through its registered agent
C T Corporation System
8550 United Plaza Blvd.
Baton Rouge, LA 70809

4

A TRUE COPY

DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

PSC



# Invoice

REMIT TO:
P.O. BOX 61051
NEW ORLEANS, LA  70151-1051

FILED
Date

| Invoice # |
|---|
| 1017582 |

12/5/2003

2004 APR -8  A 11: 05

| Bill To | Ship To |
|---|---|
| C. F. INDUSTRIES<br>P. O. BOX 468<br>DONALDSONVILLE, LA 70346 | C. F. INDUSTRIES<br>HIGHWAY 3089<br>DONALDSONVILLE, LA 70346 |

| P.O. No. | Terms | Rep | Ship Date | Ship Via | FOB | Project |
|---|---|---|---|---|---|---|
| 285478 | NET 30 DAYS | 117 | 12/17/2003 | OT | WALKER, LA | |

| Item | Quantity | Description | Amount |
|---|---|---|---|
| W-29824 | 1 | .75 X 1 CONS 3990-1-LS<br>SET PRESS: 225 PSI<br>TAG: PSV-5C<br>PARTS=$21.00 LABOR=$252.00 | 273.00T |
| W-29825 | 1 | .75 X 1 CONS 1975C-3<br>SET PRESS: 225 PSI<br>TAG: PSV-2B<br>PARTS=$21.00 LABOR=$252.00 | 273.00T |
| W-29826 | 1 | 1 X 1.5 LONEGRAN I.CT-3P<br>SET PRESS: 225 PSI<br>TAG: PSV-4B<br>PARTS=$21.00 LABOR=$252.00 | 273.00T |
| W-29827 | 1 | .75 X 1 CROSBY 9611111A<br>SET PRESS: .75 X 1<br>TAG: RV-6404<br>PARTS=$21.00 LABOR=$252.00 | 273.00T |

| | |
|---|---|
| Subtotal | $1,092.00 |
| Sales Tax  (8.5%) | $92.82 |
| Total | $1,184.82 |
| Balance Due | $1,184.82 |

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/5/2003 | 1017583 |

**Ship To**

C. F. INDUSTRIES
HIGHWAY 3089
DONALDSONVILLE, LA 70346

| Rep | Ship Date | Ship Via | FOB | Project |
|-----|-----------|----------|-----|---------|
| 117 | 12/17/2003 | OT | WALKER, LA | |

| | Description | Amount |
|---|-------------|--------|
| 1 | .75 X 1 CROSBY 9611111A<br>SET PRESS: 225 PSI<br>TAG: RV-6509<br>PARTS=$21.00 LABOR=$252.00 | 273.00T |
| 1 | .75 X 1 CROSBY 9611111A<br>SET PRESS: 225 PSI<br>TAG: RV-6530<br>PARTS=$21.00 LABOR=$252.00 | 273.00T |
| 1 | .75 X 1 CROSBY 9611111A<br>SET PRESS: 225 PSI<br>TAG: RV-6434<br>PARTS=$21.00 LABOR=$252.00 | 273.00T |
| 1 | .75 X 1 CROSBY 9611111A<br>SET PRESS: 225 PSI<br>TAG: RV-6401<br>PARTS=$21.00 LABOR=$252.00 | 273.00T |

| | |
|---|---|
| **Subtotal** | $1,092.00 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $1,092.00 |
| **Balance Due** | $1,092.00 |

PSC

# Invoice

**REMIT TO:**
P.O. BOX 61051
NEW ORLEANS, LA  70151-1051

| Date | Invoice # |
|------|-----------|
| 12/3/2003 | 1017573 |

| Bill To |
|---------|
| C. F. INDUSTRIES<br>P. O. BOX 468<br>DONALDSONVILLE, LA 70346 |

| Ship To |
|---------|
| C. F. INDUSTRIES<br>HIGHWAY 3089<br>DONALDSONVILLE, LA 70346 |

| P.O. No. | Terms | Rep | Ship Date | Ship Via | FOB | Project |
|----------|-------|-----|-----------|----------|-----|---------|
| 28353 | NET 30 DAYS | 117 | 12/3/2003 | OT | WALKER, LA | |

| Item | Quantity | Description | Rate | Amount |
|------|----------|-------------|------|--------|
| W-29815 | 1 | 1/2" BALL VALVE WITH ELOMATIC ACTUATOR | 100.00 | 100.00T |

| | |
|---|---|
| Subtotal | $100.00 |
| Sales Tax  (0.0%) | $0.00 |
| **Total** | $100.00 |
| Balance Due | $100.00 |

**FH CONTROLS, INC.**

# Invoice

REMIT TO:
P.O. BOX 61051
NEW ORLEANS, LA 70151-1051

| Date | Invoice # |
|------|-----------|
| 11/19/2003 | 3000140 |

| Bill To | Ship To |
|---------|---------|
| C. F. INDUSTRIES<br>P O BOX 468<br>DONALDSONVILLE, LA 70346 | C. F. INDUSTRIES<br>HIGHWAY 3089<br>DONALDSONVILLE, LA 70346 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 26444 | NET 30 | 215 | 11/19/2003 | UPS | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | MISC. | MARWIN, MONEL BALL<br>P/N 22-03010-773 | 80.00 | 80.00T |
| 1 | MISC. | MARWIN REPAIR KIT<br>P/N RPTK-73333FITS-025 | 75.00 | 75.00T |
| | FREIGHT | FREIGHT VIA UPS<br>Out-of-state sale, exempt from sales tax | 9.76<br>0.00% | 9.76<br>0.00 |

| | **Total** | **$164.76** |
|---|---|---|

FH CONTROLS, INC.

# Invoice

REMIT TO:
P.O. BOX 61051
NEW ORLEANS, LA  70151-1051

| Date | Invoice # |
|------|-----------|
| 11/12/2003 | 3000181 |

| Bill To | Ship To |
|---------|---------|
| C. F. INDUSTRIES<br>P O BOX 468<br>DONALDSONVILLE, LA 70346 | C. F. INDUSTRIES<br>HIGHWAY 3089<br>DONALDSONVILLE, LA 70346 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 26901 | NET 30 | 215 | 11/11/2003 | UPS | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | MISC.<br>FREIGHT | 1/4" MARWIN BALL VALVE " MONEL" P/N 7555FTTS<br>FREIGHT VIA UPS<br>Out-of-state sale, exempt from sales tax | 938.00<br>12.96<br>0.00% | 938.00T<br>12.96<br>0.00 |

| | Total | $950.96 |
|---|---|---|

10-16-03 03:27 PM   PSC and FD ~~~~

## FH CONTROLS, INC.

# Invoice

REMIT TO:
P.O. BOX 61051
NEW ORLEANS, LA  70151-1051



| Date | Invoice # |
|------|-----------|
| 11/10/2003 | 3000275 |

**Bill To**

C. F. INDUSTRIES
P O BOX 468
DONALDSONVILLE, LA 70346

**Ship To**

C. F. INDUSTRIES
HIGHWAY 3089
DONALDSONVILLE, LA 70346

| O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-----------|-------|-----|------|-----|--------|---------|
| 27743 | NET 30 | 215 | 11/10/2003 | OT | WALKER; LA | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 2 | MISC. | MSI SENSORS<br>P/N F010007 | 2,851.00 | 5,702.00T |
| 1 | MISC. | MSI ENCLOSED<br>P/N F005040XX | 26,920.00 | 26,920.00T |
| | | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

| | **Total** | **$32,622.00** |
|--|-----------|----------------|

Case 3:01-cv-01972-JVS Document 1 Filed 03/05/04 Page 16 of 20



**FH CONTROLS**
P.O. Box 61051 • ‗‗‗‗‗ LA 70151-1051
(225) 685-4210
(800) 899-4908
(225) 685-4288 FAX

**CONTROLS**

| SHIP/TRANSFER NUMBER | | SHIP/TR/INVOICE NUMBER |
|---|---|---|

CFIND2

3000231

| | BILL TO: | C.F. INDUSTRIES<br>P.O. BOX 468<br>DONALDSONVILLE, LA 70346 | SHIP TO: | C.F. INDUSTRIES<br>HIGHWAY 3089<br>DONALDSONVILLE, LA 70346 |
|---|---|---|---|---|

CUSTOMER P.O. NO.                    CUSTOMER P.O. NO.

| SHIP/TR/INVOICE NUMBER | SLSMN. | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 3000231 | 215 | 09/01/03 | 69 | 27298 | 10/14/03 |

| INSTRUCTIONS | FRT. | PAGE NO |
|---|---|---|
| DUE 10/13 BOB (S)        FOB WALKER, LA VIA OT | B | 1 |

| ORDERED | QUANTITY B.O./RET. | SHIPPED | DISP. | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 2 | | 2 | | MSI SENSOR<br>P/N F010007<br>BUILT IN SHOP | EA | 2851.00 | 5702.00 |
| 1 | | 1 | | MSI ENCLOSED<br>P/N F005040XX | EA | 26920.00 | 26920.00 |

***THIS IS YOUR INVOICE***

| FREIGHT IN | FREIGHT OUT |
|---|---|

| | |
|---|---|
| SUB TOTAL | 32622.00 |
| MISC. CHARGE | |
| TELE. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | |
| PAYMENT REC'D. | |

NET TERMS:    INV    30    DUE: 11/15/03

| TOTAL AMT DUE |
|---|
| 32622.00 |

ORIGINAL

**PSC**

P.O. Box 6105(?)
(225) 664-6502
Out Of State 1-8
FAX (225) 665-18

| SHIP/TRANSFER NUMBER | | SHIP/INVOICE NUMBER |
|---|---|---|
| CFINDU | | 1017264-01 |

| BILL TO: | C.F INDUSTRIES<br>P.O. BOX 468<br>DONALDSONVILLE LA 70346 | SHIP TO: | C.F. INDUSTRIES<br>HIGHWAY 3089<br>DONALDSONVILLE LA 70346 |
|---|---|---|---|

CUSTOMER P.O. NO.          CUSTOMER P.O. NO.

| SHIP/TRANVOICE NUMBER | SLSMN. | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1017264-01 | 117 | 09/05/03 | 10 | | 09/08/03 |

| INSTRUCTIONS | FUT. | PAGE NO. |
|---|---|---|
| DUE 09/05 (WO) FOB WALKER LA VIA OT | B | 1 |

| QUANTITY | | | DISP. | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./RET. | SHIPPED | | | | | |
| 1 | | 1 | | W-29537<br>6" MAXON 7000-SI KNIFE VALVE<br>S/N 88A144439<br>TAG#XV-3032<br>PARTS=$78.80  LABOR=$1806.00 | EA | 1884.60 | 1884.60 |

***THIS IS YOUR INVOICE***

| FREIGHT IN | FREIGHT OUT |
|---|---|
| | |

| | |
|---|---|
| SUB TOTAL | 1884.80 |
| MISC. CHARGE | |
| TELE. CHARGE | |
| FREIGHT TOTAL | |
| FED /OTHER TAX | |
| STATE TAX | |
| PAYMENT REC'D. | 84.82 |

NET TERMS:    INV   30    DUE: 10/07/03

| TOTAL AMT DUE |
|---|
| 1969.62 |

ORIGINAL



# Gulf Coast Business Credit

*A Division of Gulf Coast Bank & Trust Company*

**Third Request**

FEB 2 1 2003

January 14, 2003

CF Industries
P. O. Box 468
Donaldsonville, LA 70346

*Via Facsimile: 225-473-1864*

*Re: Notification of Change of Remittance*



Dear Accounts Payable Supervisor:

Gulf Coast Business Credit *("GCBC")*, a division of Gulf Coast Bank & Trust Company, has entered into an agreement with Plant Specialties Controls, Inc.("PSC") or FH Controls, Inc. ("FH") in order to provide working capital to help facilitate the company's growth which will enable them to better serve you. Under this financing arrangement, all present and future accounts have been assigned to GCBC. To the extent that you are now indebted or may in the future become indebted to PSC or FH, payment thereof is to be made to GCBC, for the account of PSC or FH. Effective immediately, payments should be made payable to and mailed in the following fashion:

**Gulf Coast Bank and Trust Company**
**For the account of Plant Specialties Controls, Inc or F H Controls, Inc.**
**P.O. Box 61051**
**New Orleans, LA 70151-1051**
**OR BY <u>ACH</u> AS FOLLOWS:**
**Gulf Coast Bank & Trust Company - ABA#265070435**
**Attn: Gulf Coast Business Credit**
**For the Account of Plant Specialties Controls, Inc. or FH Controls, Inc.**
**Acct.#100135417**

As assignee of such accounts, GCBC's consent is necessary in connection with any modification of the payment terms of your account. ***<u>This letter can only be revoked by written notification, signed by one of our officers.</u>***

We look forward to assisting PSC or FH in connection with its working capital needs. Please do not hesitate to contact us at (504)412-2029 should you have questions or need additional information.
*************************************************************************
Please confirm receipt of this notification by signing below, and faxing this letter to us at (504)412-2040. We appreciate your prompt attention to this matter.

Sincerely,

Pat Haun
Gulf Coast Business Credit

**SIGNED AND ACCEPTED BY:**

_____          _____
Signature                                          Title

_____          _____
Printed Name                                    Date

200 St. Charles Ave., 4th Floor • New Orleans, La 70130
Ph.# (504) 412-2029 • Fax# (504) 412-2040





# Gulf Coast Business Credit

*A Division of Gulf Coast Bank & Trust Company*



December 12, 2003

CF Industries, Inc.
Highway 3089
Donaldsonville, La 70346

*Via Facsimile #225-473-5555*

*Re: Invoice Verification*

Dear Patty:

Gulf Coast Business Credit *("GCBC")*, a division of Gulf Coast Bank & Trust Company, has entered into an agreement with Plant Specialties Controls, Inc. ("PSC") and FH Controls, Inc. ("FH") in order to provide working capital to help facilitate the company's growth.  Under this financing arrangement, PSC and FH have sold their invoices to GCBC.  As part of GCBC's internal control procedures, we would like to confirm the outstanding balances owed by your company, as shown on the attached statement.  Copies of the invoices are also attached.

Please verify, by signing below, that these invoices are currently due in the amount indicated above, represents payment for merchandise delivered and/or services rendered, free of any defense, off-set, counterclaim or other limitation; and that payments for these invoices and all future payments will be directed to GCBC at the following address:

Gulf Coast Bank and Trust Company
For the account of
Plant Specialties Controls, Inc. or FH Controls, Inc.
P.O. Box 61051
New Orleans, LA 70151-1051
OR
ACH Wiring Instructions:
ABA#265070435
Credit Acct. #100110337

Please do not hesitate to contact me at (504)412-2029 should you have any questions or need additional information.  Please fax this back at your earliest convenience to (504)412-2040.

Sincerely,

Arlene McFatter
Account Executive

SIGNED AND ACCEPTED BY:

Keith Chenier
Signature

Keith Chenier
Printed Name

Cost Accounting Supervisor
Title

12/11/03
Date

200 St. Charles Ave., 4th Floor • New Orleans, La 70130
Ph.# (504) 412-2029 • Fax# (504) 412-2040

Acct ID:            677-677CFIND
Statement As Of:        12/10/03
Amount Due:            70,706.16

GULF COAST BUSINESS CREDIT                    CF INDUSTRIES
P.O. BOX 61051                                PO BOX 468
NEW ORLEANS, LA 70151-1051                    DONALDSONVILLE, LA 70346

====================================================================================
Client:  PLANT SPECIALTIES CONTROLS, Dec. 10, 2003    Acct ID: 677-677CFIND
====================================================================================

| Inv Date | P.O. Number | Due Date | Invoice Number | Schedule | Amount Due |
|----------|-------------|----------|----------------|----------|------------|
| 09/08/03 |             | 10/08/03 | 1017264-01     | 90803    | 1,969.62   |
| 10/14/03 |             | 11/13/03 | 3000231        | 101503   | 32,622.00  |
| 11/10/03 |             | 12/10/03 | 3000275        | 111003   | 32,622.00  |
| 11/12/03 |             | 12/12/03 | 3000181        | 111303   | 950.96     |
| 11/19/03 |             | 12/19/03 | 3000140        | 112003   | 164.76     |
| 12/03/03 |             | 01/02/04 | 1017573        | 120804   | 100.00     |
| 12/05/03 |             | 01/04/04 | 1017583        | 120903   | 1,092.00   |
| 12/08/03 |             | 01/07/04 | 1017582        | 120805   | 1,184.82   |

TOTAL AMOUNT DUE ===>     70,706.16

================================================================================
| 1-30 Days | 31-45 Days | 46-60 Days | 61-75 Days | 76-90 Days | Over 90 Days |
|-----------|------------|------------|------------|------------|--------------|
| 3,492.54  | 32,622.00  | 32,622.00  | 0.00       | 0.00       | 1,969.62     |
================================================================================